IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JASON E. MIZE )
)
v. ) NO. 3:11-0685
)
INNOCENTES SATOR )

**O R D E R**

On October 10, 2012, the Court received copies of documents sent by Riverbend Maximum Security Institution Warden Roland Colson in response to a subpoena issued to him on August 24, 2012. In accordance with the Order entered August 24, 2012 (Docket Entry No. 190), the Clerk is directed to docket this submission and place the documents UNDER SEAL until further order of the Court.

In addition, inasmuch as the ECF system places constraints on the size of documents submitted for docketing, the Court had to reduce the 8 ½ by 14 size pages submitted by the Warden. Therefore, for maintaining the integrity and readability of the documents, the Clerk of Court shall maintain the originals in the Court file unless otherwise ordered by the Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge