IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JASON E. MIZE )
)
v. ) NO. 3:11-0685
)
INNOCENTES SATOR )

**O R D E R**

By Order entered May 30, 2014 (Docket Entry No. 307), the Court took under advisement the plaintiff's motion (Docket Entry No. 305) for the appointment of counsel pending a response from the Office of the Tennessee Attorney General and/or Tennessee Department of Correction addressing the plaintiff's motion and the concerns he raises about the transport and maintenance of his legal files if he is granted parole on June 23, 2014, and transferred to federal custody.

On June 10, 2014, the TDOC filed a response (Docket Entry No. 312), in which it provided assurances that the plaintiff's legal files and medical evidence would not be destroyed but would be either transported with him or maintained and mailed to him in the event that he was transferred to federal custody.

Accordingly, there does not appear to be any extraordinary circumstances that require the appointment of counsel in this action and the plaintiff's two motions (Docket Entry Nos. 305 and 306) for the appointment of counsel are DENIED.

The Plaintiff's motion to ascertain status (Docket Entry No. 295) is GRANTED. The parties are advised that the motion for summary judgment filed by the Defendant remains pending and will be addressed by the Court as expeditiously as possible.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge